**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MEDIDEA, L.L.C., | CASE NO: 1:14-CV-06280 |
|     Plaintiff / Counter-Defendant, | |
| v. | Hon. Mathew F. Kennelly |
| MEDACTA USA, INC., | Hon. Mag. Daniel G. Martin |
|     Defendant / Counter-Plaintiff. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MedIdea, L.L.C. ("Plaintiff"), and Defendant, Medacta USA, Inc. ("Defendant") hereby stipulate and agree as follows:

Plaintiff and Defendant stipulate and agree that the subject litigation, Civ. Action No. 1:14-CV-06280, should be dismissed with prejudice with respect to MedIdea's claims against Medacta and with respect to Medacta's counterclaims against MedIdea. All issues have been resolved, the matter has settled in its entirety, and each party is to bear its own fees, costs, and expenses.

| | |
|---|---|
| **VANEK, VICKERS & MASINI** | **ALLEN, DYER, DOPPELT, MILBRATH, & GILCHRIST, P.A.** |
| */s/ Jeffrey R. Moran* | */s/ Jeffrey S. Boyles* |
| Jeffrey R. Moran, Esq. | Jeffrey S. Boyles, Esq. |
| 55 W. Monroe, Suite 3500 | 255 South Orange Avenue, Suite 1401 |
| Chicago, Illinois 60603 | Orlando, Florida 32801 |
| 312-224-1500 | 407-841-2330 |
| jmoran@vaneklaw.com | jboyles@addmg.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on _____. Any other counsel of record will be served by electronic mail on this same date.

*/s/ Jeffrey R. Moran*